**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2050**

_____

LOKESH VUYYURU, M.D.; VIRGINIA GASTROENTEROLOGY ASSOCIATES
PC; VIRGINIA TIMES, INC.,

        Plaintiffs - Appellants,

        v.

GOPINATH JADHAV, M.D.; COMMUNITY HEALTH SYSTEMS PROFESSIONAL
SERVICES, INC.; PETERSBURG HOSPITAL CO., LLC, d/b/a
Southside Regional Medical Center; COLUMBIA/HCA JOHN
RANDOLPH, INC.; ANANT DAMLE, M.D.; JUDITH W. JADGMANN, in
official capacity as then acting Virginia Attorney General;
DAVID FIKSE; LINDA AULT; FRANK W. PEDROTTY; WILLIAM HARP,
M.D.; ROBERT NEBIKER; JOHN STANWIX; KAMLESH DAVE, M.D.;
ROBERT F. MCDONNELL, in his official capacity as then
Virginia Attorney General; SHARAD SARAIYA, M.D.,

        Defendants – Appellees,

        and

SOUTHSIDE GASTROENTEROLOGY ASSOCIATES, LTD; PETERSBURG
HOSPITAL, INC., d/b/a Southside Regional Medical Center; THE
CAMERON FOUNDATION, a Virginia Nonprofit Corporation;
VIRGINIA BOARD OF MEDICINE; JERRY KILGORE, in former and
official capacity and in individual capacity as Virginia
Attorney General; DAVID DUNHAM; STEPHEN E. HERETICK; LYNN
AUSTIN; AKSHAY DAVE, M.D.; JOHN DOE DEFENDANTS 1 TO 10,

        Defendants.

--------------------------------------------

MICHAEL GOLDING, M.D.; CHRISTOPHER T. MALLAVARAPU, M.D.;
ADDAGADDA C. RAO, M.D.,

        Amici Supporting Appellants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:10-cv-00173-JRS)

Argued: September 18, 2012          Decided: December 27, 2012

Before TRAXLER, Chief Judge, and DIAZ and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Mick G. Harrison, Bloomington, Indiana, for Appellants. Rudolph W. Savich, Bloomington, Indiana, for Amici Supporting Appellants. Wesley Glenn Russell, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; William Benjamin Pace, WILLIAMS MULLEN, Richmond, Virginia, for Appellees. **ON BRIEF:** Steven D. Smith, SD SMITH, ESQUIRE, PLLC, Blacksburg, Virginia, for Appellants. J. William Boland, Nathan A. Kottkamp, Jeremy S. Byrum, MCGUIREWOODS LLP, Richmond, Virginia, for Appellees Columbia/HCA John Randolph, Incorporated, Linda Ault, and Sharad Saraiya, M.D.; Martin A. Donlan, Jr., WILLIAMS MULLEN, Richmond, Virginia, for Appellee Gopinath Jadhav, M.D.; B. Page Gravely, Jr., Emily M. Scott, HANCOCK, DANIEL, JOHNSON & NAGLE, PC, Glen Allen, Virginia, for Appellees Petersburg Hospital Company, LLC, Community Health Systems Professional Services, Incorporated, Kamlesh Dave, M.D., and David Fikse; Stephen D. Rosenthal, David E. Constine, III, TROUTMAN SANDERS LLP, Richmond, Virginia, for Appellee Anant Damle, M.D.; John D. Gilbody, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellees Robert F. McDonnell, Judith W. Jagdmann, Francis Walter Pedrotty, III, William Harp, M.D., Robert Nebiker, and John Stanwix. Kara L. Reagan, STAFFORD LAW OFFICE, LLC, Bloomington, Indiana, for Amici Supporting Appellants.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lokesh Vuyyuru, M.D., Virginia Gastroenterology Associates PC, and Virginia Times, Inc., appeal from the district court's various orders (1) dismissing their complaint, (2) imposing sanctions and a pre-filing injunction, (3) denying their motion to vacate, (4) denying their motion to reconsider, (5) denying their motion for disclosure from the court, and (6) denying their motion to disqualify the district court judge. We have carefully reviewed the record in this case and have considered the arguments made by the Appellants and their amici, both in their briefs and at oral argument. We find no reversible error and, therefore, affirm for the reasons stated by the district court. See Vuyyuru v. Jadhav, No. 3:10-cv-173 (E.D. Va. April 19, 2011 & Aug. 30, 2011). We also deny the Appellees' pending motion for sanctions and deny, as moot, the Appellants' related motion to strike.

AFFIRMED